UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-1305 JVS (FFMx) | | Date | September 21, 2010 |
|---|---|---|---|---|
| Title | APELDYN CORPORATION v. AU OPTRONICS CORPORATION, et al. | | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| J. Muñoz | CS 09/21/10 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Robert Cocchia | Kenneth Watnick |

**Proceedings:**   **PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF THIRD PARTY VIZIO**

Case called.  Counsel make their appearances.  Court hears arguments.

Plaintiff's motion to compel is granted in part and denied in part as stated on the record.  The Court takes under submission the question of Vizio's waiver of objections and any relief from that waiver.  The Court finds that Vizio is entitled to standard and actual copying fees for providing copies of documents to plaintiff.  The Court reserves the question of whether Vizio is entitled to any attorney's fees incurred in complying with the subpoena.

|  | : | 16 |
|---|---|---|
| Initials of Preparer | | JM |