# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-01305-JVS (FFMx) | Date | March 21, 2011 |
| Title | Apeldyn Corp. V. AU Optronics Corp, et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present                         Not Present

**Proceedings:**   (IN CHAMBERS)
         Order to Show Cause re Dismissal for Lack of Prosecution

   The Court orders Plaintiff to show cause, in writing, not later than March 28, 2011, why this case should not be dismissed for failure to prosecute.

                                                                 0  :  00

                                        Initials of Preparer   kjt