ROBERT A. COCCHIA (CSB 172315)
McKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  CA  90071-3124
Tel.: (213) ) 688-1000 / Fax: (213) 243-6330
Attorneys for Plaintiff Apeldyn Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| APELDYN CORPORATION | CASE NUMBER |
|---|---|
| Plaintiff(s), | SACV 10-01305-JVS (FFMx) |
| v. | |
| AU OPTRONICS CORPORATION, et al. | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

March 23, 2011
Date

Signature of Attorney/Party

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

# CERTIFICATE OF SERVICE

I, Robert A. Cocchia, certify that I caused to be served upon the following counsel and parties of record a copy of the documents document(s):

**NOTICE OF DISMISSAL PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE 41(A) OR (C)**

as indicated/listed on the United State District Court, Central District of California's CM/ECF registered email list in the above referenced matter:

Ken Watnick, Esq.                *Counsel for Vizio, Inc.*
Lewis Brisbois Bisgaard & Smith
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012

via personal service, overnight mail (VIA UPS Overnight), facsimile, first class mail or e-mail, as indicated below.

**SEE ATTACHED MAILING LIST**

Executed on March 24, 2011, at San Diego, California.

/s/   Robert A. Cocchia
Robert A. Cocchia

# MAILING LIST

*Apeldyn Corporation v. Au Optronics Corporation, et al.*

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

*Counsel for Sharp Corporation and Sharp Electronics Corporation*

Jack B. Blumenfeld, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19801

*Counsel for Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics USA, Inc.*

Josh A. Krevitt, Esq.
Benjamin Hershkowitz, Esq.
Richard M. Koehl, Esq.
Gibson Dunn Crutcher LLP
200 Park Avenue
New York, NY  10166

*Counsel for Sharp Corporation and Sharp Electronics Corporation*

Gerard M. O'Rourke, Esq.
RatnerPrestia
Nemours Building
1007 Orange Street, Suite 1100
Wilmington, DE  19801

*Counsel for AU Optronics Corporation and AU Optronics Corporation America*

Morgan Chu, Esq.
Jonathan S. Kagan, Esq.
Thomas C. Werner, Esq.
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276

*Counsel for Chi Mei Optoelectronics Corporation and Chi Mei Optoelectronics USA, Inc.*

Vincent K. Yip, Esq.
Peter J. Wied, Esq.
Paul Hastings Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071

*Counsel for AU Optronics Corporation and AU Optronics Corporation America*